# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2918

_____

LILIA BELKOVA,

Petitioner,

v.

JAMES CIUFFETELLI,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 17, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lilia Belkova, pro se, Petitioner.

James Ciuffetelli, pro se, Respondent.